UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jonathan Testa, | Case No. 2:24-cv-01134-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Yuri Prokopenko et al., | |
| Defendants. | |

      Before the Court is Interested Party P.C. Liang's motion for writ of execution. ECF No. 3. The underlying default judgment is from the United States District Court, Central District of California. ECF 1. Last year, the district court granted and entered judgment in favor of Plaintiff as follows: $15,000.00 for actual damages, $1,500.00 for attorney's fees, and $433.72 for costs for a total judgment of $16,933.72, along with interest. ECF No. 1-1 at 2. Plaintiff assigned the judgment to Liang, and the district court acknowledged this assignment. ECF No. 1-2 at 1. The deputy clerk then certified the judgment to be registered in this district. ECF No. 1 at 1.

      Subsequently, Liang filed a bill of costs and motion for writ of execution. ECF Nos. 2, 3. Due to a mismatch in amounts sought, this case was assigned to the civil docket. ECF No. 4. Specifically, in the request for issuance of writ of execution, Liang stated that "[j]udgment for $18,027.79, was entered on [June 12, 2024] in the docket of the above entitled Court action" and that "$18,027.79 is the amount of the original [j]udgment as entered still remaining due . . . ." ECF No. 3. However, Liang's exhibits show that the district court entered judgment in the amount of $16,933.72. ECF No. 1-1 at 2. Thus, the judgment amounts in Liang's motion for writ of execution and underlying judgment do not match.

      In the writ of execution, Liang reaches the $18,027.79 requested judgment amount by adding $1,094.07 of interest to $16,933.72. ECF No. 3 at 4. The judgment entered by the district court expressly stated that the total judgment was "$16,933.72, along with interest in the amount

prescribed by statute." ECF No. 1-1 at 2. However, none of the filings in this case demonstrate how Liang arrived at the $1,094.07 amount and whether it complies with the statute.

**IT IS THEREFORE ORDERED** that the motion for writ of execution (ECF No. 3) is DENIED without prejudice. Liang is to re-file their motion, along with a supplemental brief explaining how they arrived at the $1,094.07 amount of interest and how this complies with the judgment entered by the district court, within 14 days of this order .

DATED: June 24, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE