## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jonathan Testa, | Case No. 2:24-cv-01134-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Yuri Prokopenko et al., | |
| Defendants. | |

Before the court is Interested Party P.C. Liang's motion for writ of execution. ECF No. 3. The underlying default judgment is from the United States District Court, Central District of California. ECF 1. Last year, the district court granted and entered judgment in favor of Plaintiff for a total of $16,933.72, along with interest. ECF No. 1-1 at 2. Plaintiff assigned the judgment to Liang, and the district court acknowledged this assignment. ECF No. 1-2 at 1. The deputy clerk then certified the judgment to be registered in this district. ECF No. 1 at 1.

Subsequently, Liang filed a bill of costs and motion for writ of execution. ECF Nos. 2, 3. Due to a mismatch in amounts sought, this case was assigned to the civil docket. ECF No. 4. In the writ of execution, Liang requested $18,027.79 by adding $1,094.07 of interest to the underlying judgment of $16,933.72. ECF No. 3 at 4. The filings did not demonstrate how Liang arrived at the $1,094.07 amount. *See id.* In light of the mismatched amounts and the requested interest, the Court denied the motion for writ of execution and ordered Liang to file supplemental briefing. ECF No. 5.

Liang promptly filed an updated motion for writ of execution. ECF No. 8. In it, Liang corrected the judgment amount to $16,933.72, meaning that this amount now matches the underlying judgment amount. *See* ECF No. 1-1 at 2. Liang also provided the post-judgment interest calculations, showing that the accrued interest amounted to $1,128.46. ECF No. 7-1. The

accrued costs and fees totaled $285.50.[1] ECF No. 8 at 3. Thus, the total amount of accrued interest, costs, and fees is $1,413.96. The total amount due is $18,347.68 (underlying judgment plus interest, costs, and fees). *Id.* at 2.

**IT IS THEREFORE ORDERED** that the second motion for writ of execution (ECF No. 8) is GRANTED.

DATED: July 11, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] The affidavit states that the accrued costs and fees total $1,413.96. ECF No. 8 at 1. The Court understands this to be the total amount of accrued interest *and* costs and fees. *See id.* at 1, 3.